# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| _____ | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| **vs** | ) | Case Number: _____ |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: THE WARDEN of** _____**at** _____.
.

      **WE COMMAND** that you produce the body of _____,

Register No. _____, who is in your custody at _____

to appear via video conferencing before Judge _____ at

the United States District Court  at _____, Illinois

on _____, at _____and from time to time as they may be directed

by the Court, in order that said  prisoner may then and there respond to and answer such questions as may be

asked them in the course of the hearing being conducted. At the termination of said hearing you may return them

to their institution.

      **WITNESS** the Honorable Shig Yasunaga, Clerk of the United States District Court for the

Central District of Illinois.

DATED: _____

BY: _____

Shig Yasunaga

Clerk, U.S. District Court